RUTH ABIS, an Infant, by ABRAHAM J. ABIS, Her Guardian ad Litem, et al., Respondents, *v.* HANA SALZMAN, Appellant.

(Submitted May 21, 1934; decided May 29, 1934.)

*Edward A. Shandell* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

In the Matter of the Accounting of MARY M. KNEESKERN, as Administratrix of the Estate of MAGGIE K. SMITH, Deceased.

OLLIE KNEESKERN, as Executrix of MARY M. KNEESKERN, Deceased, Appellant and Respondent.

FRED S. LATHERS et al., as Administrators of the Estate of JONAS S. SMITH, Deceased, Respondents and Appellants.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 642.)